**Ralph E. ROSE, Appellant,**

v.

**William H. BANNAN et al., Appellees.**

**No. 12603.**

United States Court of Appeals
Sixth Circuit.

June 6, 1956.

Perry A. Maynard, Thomas M. Kavanagh, Edmund E. Shepherd and Russell A. Searl, Lansing, Mich., for appellees.

Before MARTIN, MILLER and STEWART, Circuit Judges.

PER CURIAM.

This appeal, wherein appellant filed briefs and appellees appeared by an Assistant Attorney General of the State of Michigan both in oral argument and by printed brief, was brought by Ralph Rose, who was committed to the custody of the Michigan State Hospital Commission as a criminal sexual psychopathic person pursuant to the laws of Michigan;

And it appearing from the opinion-order of United States District Judge Levin that similar allegations were made under the procedural device of *habeas corpus* in Rowan v. People, 6 Cir., 147 F.2d 138, and in Kemmerer v. Benson, 6 Cir., 165 F.2d 702, wherein the Michigan Act in question was held to be not subject to the constitutional questions reasserted by appellant in this case;

And the judgment entered by the district judge being in our opinion correct for the reasons stated by him, the judgment of dismissal is affirmed.

■

**Lepoleon J. GRIFFITH, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12732.**

United States Court of Appeals
Sixth Circuit.

June 6, 1956.

Melvyn A. Scott, and Jack H. Patricoff, Dayton, Ohio, for appellant.

James E. Rambo, Dayton, Ohio, for appellee.

Before ALLEN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that there was substantial evidence to sustain the verdict of the jury and the trial court committed no reversible error in the conduct of the trial, its answers to questions propounded by the jury, and its denial of appellant's motion to direct a judgment of acquittal notwithstanding the verdict,

Now, therefore, the judgment of the district court is hereby affirmed.